FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:11-CR-0181-WFN-14 |
|---|---|
| Plaintiff, | |
| -vs- | ORDER DENYING CONSTRUED MOTION |
| AMADOR SANCHEZ MENDOZA, | |
| Defendant. | |

    Without stating the basis for jurisdiction, Mr. Mendoza requests that the Court vacate his sentence arguing he should not have been found to be a career offender. The Court concurs with the Government that it lacks jurisdiction to alter Mr. Mendoza's sentence. In the event that the Court's determination is incorrect, the Court further finds that Mr. Mendoza's request fails on its merits.

    The Court has reviewed the file and Mr. Mendoza's Motion and is fully informed. Accordingly,

    **IT IS ORDERED** that Defendant's construed Motion to Reduce Sentence, filed June 26, 2020, **ECF No. 1040**, is **DENIED**.

    The District Court Executive is directed to file this Order and provide copies to counsel and *pro se* Defendant.

    **DATED** this 8th day of July, 2020.

07-07-20

                      WM. FREMMING NIELSEN
                SENIOR UNITED STATES DISTRICT JUDGE

ORDER