PROB 12C
(6/16)

Report Date: February 6, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 07, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amador Sanchez Mendoza      Case Number: 0980 2:11CR00181-MKD-14

Address of Offender: ██████████████████, Kennewick, Washington 99337

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: May 23, 2013

| | | |
|---|---|---|
| Original Offense: | Cts. 1 and 2: Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. §841(a)(1), (b)( 1)( A)(viii) and 18 U.S.C. § 2 | |
| Original Sentence: | Prison - 180 months<br>TSR - 120 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: October 20, 2023 |
| Defense Attorney: | Andrea George | Date Supervision Expires: October 19, 2033 |

## PETITIONING THE COURT

To issue a warrant.

On October 20, 2023, Mr. Mendoza reported to the probation office and all conditions of supervised release were reviewed with him.  Mr. Mendoza signed a copy of his conditions, verbalized full understanding, and was given a signed copy.

Mr. Mendoza was initially referred to Merit Resource Services to participate on the color line program for random drug testing. Later, on December 30, 2024, Mr. Mendoza was referred to Life Renewal for substance abuse treatment services and for drug testing. He was instructed to call the color line daily, Monday-Friday, and to report to Life Renewal for drug testing when his assigned color was called.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, including marijuana, and shall submit to uranalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Mendoza is considered to be in violation of his term of supervised release by using marijuana and alcohol on or about December 30, 2024. |

Prob12C
**Re: Mendoza, Amador Sanchez**
**February 03, 2025**
**Page 2**

|  |  |
|---|---|
| 2 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |

On December 30, 2024, Mr. Mendoza reported to the probation office as instructed. He completed the drug test and the results were presumptive positive for alcohol and marijuana. Mr. Mendoza admitted to using alcohol and marijuana on December 28, 2024. The drug test was packaged and sent to Abbott Laboratory for confirmation. The drug test was later received confirming a positive for marijuana.

2  **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Mendoza is considered to be in violation of his term of supervised release by using a controlled substance, fentanyl, on or about January 3, 2025.

On January 3, 2025, Mr. Mendoza completed a color line drug test at Life Renewal. The results were presumptive positive for fentanyl. Life Renewal staff packaged and sent the drug test to Abbott Laboratory. The drug test was later received confirming a positive result for fentanyl. Mr. Mendoza denied any drug use.

3  **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Mendoza is considered to be in violation of his term of supervised release by failing to submit a valid urinalysis by having tampered with drug testing on or about January 14, 2025.

On January 14, 2025, Mr. Mendoza reported to the probation office as instructed. He completed the drug test, and the results were presumptive dilute. The drug test was sent to Abbott Laboratory and later confirmed dilute for specific gravity.

3  **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Mendoza is considered to be in violation of his term of supervised release by using a controlled substance, fentanyl, on or about January 23, 2025.

On January 23, 2025, Mr. Mendoza reported to the probation office as requested. He completed the drug test, and the results were presumptive positive fentanyl. Mr. Mendoza denied using any controlled substances and signed a denial form. The drug test was packaged and sent to Abbott Laboratory for confirmation. The drug test was later received confirming a positive result for fentanyl.

4  **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Mendoza is considered to be in violation of his term of supervised release by using a controlled substance, fentanyl, on or about January 27, 2025.

On January 27, 2025, Mr. Mendoza reported to the probation office as instructed. He completed the drug test, and the results were presumptive positive fentanyl. Mr. Mendoza

Prob12C
**Re: Mendoza, Amador Sanchez**
**February 03, 2025**
**Page 3**

        denied using any controlled substances and signed a denial form. The drug test was packaged and sent to Abbott Laboratory for confirmation. The drug test was later received confirming a positive result for fentanyl.

5        **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

        **Supporting Evidence**: Mr. Mendoza is considered to be in violation of his term of supervised release by using a controlled substance, fentanyl, on or about February 3, 2025.

        On February 3, 2025, Mr. Mendoza reported to the probation office as instructed. He completed the drug test, and the results were presumptive positive fentanyl. The drug test was packaged and sent to Abbott Laboratory for confirmation. The drug test was later received confirming a positive result for fentanyl.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 6, 2025

s/Maria Balles

Maria Balles
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

M. K. Dimke

Signature of Judicial Officer

2/7/2025

Date