PROB 12C
(6/16)

# United States District Court

Report Date: June 4, 2025

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2025

SEAN F. McAVOY, CLERK

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amador Sanchez Mendoza     Case Number: 0980 2:11CR00181-MKD-14

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇, Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: May 23, 2013

Original Offense:     Cts. 1 and 2: Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2

Original Sentence:    Prison - 180 months;        Type of Supervision: Supervised Release
                      TSR - 120 months

Asst. U.S. Attorney:  Brandon Lloyd Pang          Date Supervision Commenced: October 20, 2023

Defense Attorney:     Jennifer Rebecca Barnes     Date Supervision Expires: October 19, 2033

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on February 6, 2025.

On March 26, 2025, Mr. Mendoza reported to the probation office following his release from inpatient treatment, and all conditions of supervised release were reviewed with him. Mr. Mendoza verbalized his understanding and signed a copy of his judgement and conditions memorializing his understanding of the conditions to which he was subject.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition # 16**: You shall abstain from the use of illegal controlled substances, including marijuana, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: Mr. Mendoza is considered to be in violation of his term of supervised release by using a controlled substance, fentanyl, on or about May 28, 2025. |
| | On May 28, 2025, Mr. Mendoza was instructed to report to the probation office for a random urinalysis. He reported as instructed and provided a valid sample that was sent to the laboratory for confirmation of alcohol and fentanyl. Mr. Mendoza denied use of either |

Prob12C
**Re: Mendoza, Amador Sanchez**
**June 4, 2025**
**Page 2**

substance; however, the laboratory confirmed the sample was positive for fentanyl on June 3, 2025.

It is respectfully recommended that the Court incorporate the violation contained in this petition in all future proceedings with the violations previously reported to the Court.

| | |
|---|---|
| | I declare under penalty of perjury that the foregoing is true and correct. |
| Executed on: | June 4, 2025 |
| | s/Ashleigh Miller |
| | Ashleigh Miller
U.S. Probation Officer |

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

m. k. Dimke

Signature of Judicial Officer

June 4, 2025

Date