PROB 12C
(6/16)

Report Date:  March 3, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 03, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

ECF No. 1118

Name of Offender: Amador Sanchez Mendoza        Case Number: 0980 2:11CR00181-MKD-14

Address of Offender: ███████████████ Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: May 23, 2013

| | |
|---|---|
| Original Offense: | Cts. 1 and 2: Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. §§ 841(a)(1),(b)(1)(A)(viii) and 18 U.S.C. § 2 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 180 months; TSR - 120 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Brandon Lloyd Pang | Date Supervision Commenced: October 20, 2023 | |
| Defense Attorney: | Jennifer Rebecca Barnes | Date Supervision Expires: October 19, 2033 | |

## PETITIONING THE COURT

To issue a **warrant**.

On March 26, 2025, Mr. Mendoza reported to the probation office following his release from inpatient treatment, and all conditions of supervised release were reviewed with him. Mr. Mendoza verbalized his understanding and signed a copy of his judgment and conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant must not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: Amador Mendoza Sanchez is considered in violation of his term of supervised release by being in possession of methamphetamine and fentanyl, on or about March 3, 2026.

On March 3, 2026, law enforcement agents completed a search of Mr. Mendoza's residence. Agents found large quantity amount of methamphetamine and fentanyl powder at his residence.  Estimates of the quantities is approximately 200 pounds of controlled substances.

Prob12C

**Re: Mendoza, Amador Sanchez**
**March 3, 2026**
**Page 2**

**Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

**Supporting Evidence**: Mr. Mendoza is considered to be in violation of his term of supervised release by failing to notify the probation officer of his change of address since on or before March 3, 2026.

Drug Enforcement Administration (DEA) agent notified a U.S. probation officer that there was an active drug conspiracy investigation involving Mr. Mendoza.   On March 3, 2026, law enforcement agents executed a search of Mr. Mendoza's residence, which probation was later advised was 1971 Sheridan Place, in Richland, Washington. Mr. Mendoza was located at the home in bed with his girlfriend. His personal affects were also in the home.

Mr. Mendoza had been providing the probation office the address of 420 West Shoshone Street, in Pasco, Washington, as his current address since March 2025. He failed to report the new Richland address to the probation office as required.

**Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: Mr. Mendoza is considered to be in violation of his term of supervised release by having contact with a convicted felons without advance permission of the probation officer since on or before February 18, 2026.

On February 18, 2026, a Drug Enforcement Administration (DEA) agent notified a U.S. probation officer that throughout the course of an active investigation, it was learned that Mr. Mendoza regularly frequented Nika Salazar and Eliodoro Tapia's residence in Kennewick, Washington. Both are convicted felons on active supervision. Mr. Mendoza did not have advance permission to have contact with either individual.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  <u>March 3, 2026</u>

<u>s/Elizabeth Lee</u>

Elizabeth Lee
U.S. Probation Officer

Prob12C
**Re: Mendoza, Amador Sanchez**
**March 3, 2026**
**Page 3**

THE COURT ORDERS

[  ]   No Action
[X]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[  ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]   Defendant to appear before the Judge assigned to the case.
[  ]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer

_____
March 3, 2026

Date