PROB 12C
(6/16)

Report Date:  March 26, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 26, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

ECF No. 1133

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Amador Sanchez Mendoza          Case Number: 0980 2:11CR00181-MKD-14

Address of Offender: ██████████████ Pasco, Washington 99301

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: May 23, 2013

| | |
|---|---|
| Original Offense: | Cts. 1 and 2: Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing Methamphetamine, 21 U.S.C. §§ 841(a)(1),(b)(1)(A)(viii) and 18 U.S.C. § 2 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 180 months TSR - 120 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Brandon Lloyd Pang | Date Supervision Commenced: | October 20, 2023 |
| Defense Attorney: | Mitchell Kyle Crook | Date Supervision Expires: | October 19, 2033 |

---

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on March 3, 2026.

On March 26, 2025, Mr. Mendoza reported to the probation office following his release from inpatient treatment, and all conditions of supervised release were reviewed with him. Mr. Mendoza verbalized his understanding and signed a copy of his judgment and conditions.

The probation officer believes that Mr. Mendoza has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #1**: The defendant must not commit another federal, state, or local crime. |

**Supporting Evidence**: Mr. Mendoza is considered to be in violation of his conditions of supervised release by having been charged with a new federal drug distribution crime, on or about March 18, 2026.

On March 18, 2026, Mr. Mendoza was formally indicted in count 1, for the charge of Conspiracy to Distribute 400 Grams or More of Fentanyl and 500 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 846, in U.S. District Court, Eastern District of Washington, case number 4:26CR06013-MKD-1. The general basis for this charge is conduct related to the violations previously reported to the Court.

Prob12C
**Re: Mendoza, Amador Sanchez**
**March 26, 2026**
**Page 2**

5          **Mandatory Condition #1**: The defendant must not commit another federal, state, or local crime.

**Supporting Evidence**: Mr. Mendoza is considered to be in violation of his conditions of supervised release by having been charged with a new federal drug distribution crime, on or about March 18, 2026.

On March 18, 2026, Mr. Mendoza was formally indicted in counts 2 and 3, for the charge of Distribution of 500 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), in U.S. District Court, Eastern District of Washington, case number 4:26CR06013-MKD-1. The general basis for this charge is conduct related to the violations previously reported to the Court.

6          **Mandatory Condition #1**: The defendant must not commit another federal, state, or local crime.

**Supporting Evidence**: Mr. Mendoza is considered to be in violation of his conditions of supervised release by having been charged with a new federal drug distribution crime, on or about March 18, 2026.

On March 18, 2026, Mr. Mendoza was formally indicted in count 4, for the charge of Possession with Intent to Distribute 400 Grams or More of Fentanyl and 500 Grams or More of Methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), in U.S. District Court, Eastern District of Washington, case number 4:26CR06013-MKD-1. The general basis for this charge is conduct related to the violations previously reported to the Court.

7          **Mandatory Condition #1**: The defendant must not commit another federal, state, or local crime.

**Supporting Evidence**: Mr. Mendoza is considered to be in violation of his conditions of supervised release by having been charged with a new federal firearms crime, on or about March 18, 2026.

On March 18, 2026, Mr. Mendoza was formally indicted in counts 5 and 6, for the charges of Felon in Possession of Firearms, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), in U.S. District Court, Eastern District of Washington, case number 4:26CR06013-MKD-1. The general basis for this charge is conduct related to the violations previously reported to the Court.

The U.S. Probation Office respectfully recommends the Court incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 26, 2026

s/Ashleigh Miller

Ashleigh Miller
U.S. Probation Officer

Prob12C

**Re: Mendoza, Amador Sanchez**
**March 26, 2026**
**Page 3**

---

## THE COURT ORDERS

[ ]    No Action

[ ]    The Issuance of a Warrant

[ ]    The Issuance of a Summons

[ x]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.

[ ]    Defendant to appear before the Judge assigned to the case.

[ x]    Defendant to appear before the Magistrate Judge.

[ ]    Other

_____
Rebecca L. Pennell, US District Judge

_____March 26, 2026_____

Date